

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| | § | No. 08-18-00160-CR |
| | § | Appeal from |
| EX PARTE:  ANTHONY CORDOVA | § | 205th District Court |
| | § | of El Paso County, Texas |
| | § | (TC # 20100D03901) |
| | § | |

## <u>CORRECTED JUDGMENT</u>

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 17TH DAY OF OCTOBER, 2018.


ANN CRAWFORD McCLURE, Chief Justice


Before McClure, C.J., Rodriguez, and Palafox, JJ.